IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thames Jr, Alonzo | Case Number:  08 B 17294 |
| Thames, Artiesha | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  7/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,715.00 | |
| Secured: | | 315.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,286.88 |
| Trustee Fee: | | 113.02 |
| Other Funds: | | 0.00 |
| Totals: | 1,715.00 | 1,715.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 1,734.00 | 1,286.88 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 4. | Remark | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 3,500.00 | 209.80 |
| 6. | Great American Finance Company | Secured | 1,200.00 | 105.30 |
| 7. | Countrywide Home Loans Inc. | Secured | 61,584.85 | 0.00 |
| 8. | Internal Revenue Service | Priority | 27,094.80 | 0.00 |
| 9. | Great American Finance Company | Unsecured | 36.29 | 0.00 |
| 10. | GE Money Bank | Unsecured | 364.72 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 205.32 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 116.21 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 2,815.95 | 0.00 |
| 14. | Triad Financial Services | Unsecured | 325.22 | 0.00 |
| 15. | Great American Finance Company | Unsecured | 146.61 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 36.20 | 0.00 |
| 17. | Credit Acceptance Corp | Unsecured | 369.84 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 108.61 | 0.00 |
| 19. | Nicor Gas | Unsecured | 357.80 | 0.00 |
| 20. | American General Finance | Secured | | No Claim Filed |
| 21. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | CCS | Unsecured | | No Claim Filed |
| 24. | H & F Law Offices | Unsecured | | No Claim Filed |
| 25. | CB Accounts | Unsecured | | No Claim Filed |
| 26. | Monterey Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thames Jr, Alonzo | Case Number: 08 B 17294 |
|---|---|---|
| | Thames, Artiesha | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 7/3/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Progressive Financial Services | Unsecured | | No Claim Filed |
| 28. | New Century Mortgage | Unsecured | | No Claim Filed |
| 29. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 99,996.42 | $ 1,601.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 10.95 |
| 6.6% | 102.07 |
| | $ 113.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

